**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Chikevia Rena Roberts  **V.**  The State of Texas

Appellate case number:    01-12-00723-CR; 01-12-00724-CR; 01-12-0075-CR

Trial court case number:   1305295; 1305843; 1305927

Trial court:                       337th District Court of Harris County

Date motion filed:            July 23, 2014

Party filing motion:          Appellant

It is ordered that the motion for rehearing is **DENIED.**

Judge's signature: /s/ Evelyn V. Keyes
                            Acting for the Court

Panel consists of:  Justice Keyes, Bland, and Brown

Date: July 22, 2014